# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cody Leavitt,<br><br>    Plaintiff<br><br>    v.<br><br>Nevada Department of Corrections et al.,<br><br>    Defendants | Case No.: 2:13-cv-00654-JAD-GWF<br><br>**Order Adopting Report and Recommendation [Doc. 8] and Dismissing Case** |

    Magistrate Judge George Foley Jr. entered a Report and Recommendation on February 24, 2014, recommending dismissal of Plaintiff Cody Leavitt's complaint. Doc. 8. Objections were due March 13, 2014. Leavitt has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[Doc. 8] is ACCEPTED**.

It is further ORDERED that this case is **DISMISSED**.

DATED May 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2